AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

| | |
|---|---|
| United States of America<br>v.<br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)<br>)     225M<br>)<br>)<br>) |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ in the county of _____ in the _____ District of _____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| | |

This criminal complaint is based on these facts:

☐ Continued on the attached sheet.

*Christopher Solda*
*Complainant's signature*

_____
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed R. Crim. P.4.1 and 4(d).

Date: _____

*Judge's signature*

City and state: _____

*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Task Force Officer Christopher Solda, of the Drug Enforcement Administration, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION

1. This affidavit is in support of the issuance of a criminal complaint against Martin FOUNTAIN ("FOUNTAIN") for a violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C) (possession of cocaine with intent to distribute). As explained below, FOUNTAIN was arrested on May 17, 2023, and cocaine was found in his residence.

2. I am investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7) and Federal Rule of Criminal Procedure 41, and am empowered by law to conduct investigations of, and to make arrests for, offenses in Titles 18 and 21 of the United States Code. I am presently employed as a State Trooper for the State of Delaware and assigned as a Task Force Officer (TFO) for the Drug Enforcement Administration (DEA).

3. Specifically, I am a Delaware State Trooper assigned to the Kent County Drug Unit and a TFO for the Drug Enforcement Administration, Dover Post of Duty (DPOD). I have been a Delaware State Trooper since September 2015. Prior to being assigned to the Kent County Drug Unit I was assigned to the Troop 3 Proactive Criminal Enforcement Unit (P.A.C.E) which focused on narcotics, guns, and other criminal activity. I have completed training in both basic and advanced drug investigations through the Delaware State Police Academy. I have also completed additional training in drug interdiction, drug investigations, and firearm investigations throughout my career. I have made numerous weapon and drug related arrests while employed as a sworn member of the Delaware State Police. I have conducted controlled and direct purchases of illicit narcotics. I have authored numerous search warrants executed by the

Delaware State Police which have resulted in money, guns, drugs, and property being seized. Additionally, I have assisted in active Title III investigations. I was awarded the 2018 Delaware State Police Trooper of the Year for outstanding investigations in narcotics, firearms, and other criminal activity.

    4. Since April 2021, I have been assigned to the Dover, Delaware Post of Duty of the Philadelphia Division of the DEA, where I have been responsible for investigating drug, violent crime, and criminal enterprise offenses. During my career in law enforcement, I have become familiar with the methods and techniques associated with the distribution of narcotics, the laundering of drug proceeds, and the organization of drug conspiracies. I have participated in numerous search warrants, which has led to the collection of valuable evidence, fruits, and instrumentalities of drug trafficking. Additionally, as a TFO I have acquired knowledge and experience specific to illegal drugs and drug trafficking from investigations, research, and training. I am one of the case agents assigned to this investigation.

    5. I have received training regarding the identification, manufacture, and distribution techniques of illegal drugs, including cocaine, heroin, fentanyl, marijuana, and crystal methamphetamine. I have attended numerous schools and seminars that specialized in all aspects of controlled substances investigations, including the following: 1) Cultivation and Management of Confidential Informants; 2) General and Advanced Narcotics Investigations; and 3) Drug Interdiction. I have also completed the DEA Narcotics Investigations course and the Federal Bureau of Investigation's Investigators course.

    6. I have participated in over twenty investigations of violations of Title 21 of the United States Code and over one hundred investigations of violations of Title 16 of the Delaware Code, the Health and Safety Code, which contains criminal penalties for controlled substance-

related offenses. These investigations have resulted in the arrests and convictions of persons for violations of these laws. During my career I have become familiar with the patterns of activity of drug traffickers including the methods, language, and terms that are used to discuss illegal drug dealing. I am familiar with how controlled substances are obtained, diluted, packaged, distributed, sold, and used within the framework of drug trafficking and how drug traffickers utilize wire communications to facilitate their illegal activities. I have become familiar with the manner in which illegal drugs are transported, stored, distributed, and the methods of payment for such drugs. I have conducted surveillance of drug traffickers and have observed them interact with their suppliers, criminal associates, and customers. I have conducted interviews of informants and/or defendants including drug users, street-level dealers, and upper-level distributors.

7. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested criminal complaint and does not set forth all of my knowledge about this matter.

8. On May 16, 2023, agents obtained a federal search warrant of an address in Dover, Delaware that had been tied to FOUNTAIN ("FOUNTAIN'S RESIDENCE"). Specifically, in addition to other ties between FOUNTAIN and FOUNTAIN'S RESIDENCE, over the course of the last several months, FOUNTAIN has been surveilled at that location, and phone data from his phone indicated he spent the overnight hours there regularly.

9. The search warrant was executed on May 17, 2023. Officers made entry into FOUNTAIN'S RESIDENCE at approximately 6:00 a.m. FOUNTAIN was in the master bedroom of FOUNTAIN'S RESIDENCE.

10. When agents searched FOUNTAIN'S RESIDENCE, they found approximately

312 grams of cocaine and two "bundles," totaling approximately 26 small baggies, of suspected fentanyl in the master bedroom inside a Cheez-it box in a hidden drawer underneath the bathroom vanity. Officers also found a large sum of United States Currency in the same hidden drawer underneath the master bathroom vanity.

11. The cocaine was field tested by officers and tested positive for the presence of cocaine. The suspected fentanyl is presumed to be fentanyl because it is packaged consistently with how fentanyl is commonly packaged in Delaware and it resembles fentanyl in appearance; however, due to the dangers presented to law enforcement in handling fentanyl, the substance was not field tested.

12. Based on my training and experience, a quantity of over 312 grams of cocaine is consistent with a quantity that a drug dealer possesses for distribution, rather than a personal use quantity of those substances.

## CONCLUSION

WHEREFORE, based on the foregoing facts, I submit that there is probable cause to believe that FOUNTAIN has violated Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and therefore respectfully request that the Court issue a criminal complaint charging him with this offense.

*Christopher Solda*
_____
Christopher Solda
Task Force Officer
Drug Enforcement Administration

Sworn to and subscribed to me by telephone
this **17th** day of May 2023

_____
HON. SHERRY R. FALLON
UNITED STATES MAGISTRATE JUDGE